Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Florence Morris

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS,<br><br>                      Plaintiff,<br><br>vs.<br><br>SQUARETWO FINANCIAL SERVICES CORPORATION d/b/a FRESH VIEW SOLUTIONS,<br><br>                      Defendant. | **Case No.: 3:17-cv-01353-W-WVG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

    Plaintiff FLORENCE MORRIS hereby moves this Court to dismiss the action, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

    WHEREFORE, Plaintiff respectfully requests that this court dismiss the action, without prejudice.

Dated: September 22, 2017                        **HYDE & SWIGART APC**

                                                        By: s/Yana A. Hart
                                                            Yana A. Hart
                                                            *Attorney for Plaintiff*